IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CARPENTERS COMBINED FUNDS, INC., By JAMES R. KLEIN, Administrator,<br><br>             Plaintiff,<br><br>        v.<br><br>SANTOS MALDONADO and JODI MALDONADO,<br><br>             Defendants. | Civil Action No. 12-1104 |

### ORDER OF COURT

AND NOW, this 17th day of January, 2013, upon consideration of Plaintiff's Motion to Discontinue Action, IT IS HEREBY ORDERED that the motion is GRANTED and the above-referenced case is DISCONTINUED as to Defendants, Santos Maldonado and Jodi Maldonado.

                                                                                                 s/Gary L. Lancaster                              ,C.J.
                                                                                                 Hon. Gary L. Lancaster,
                                                                                                 Chief United States District Judge

cc:  All Parties of Record